No. D–1378. IN RE DISBARMENT OF WADE. It is ordered that Julius Jennings Wade, Jr., of Charlotte, N. C., be suspended from

the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.